IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIRAS NUSIRE** : | |
|       **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-2014** |
| : | |
| **BRISTOL WEST INSURANCE** : | |
| **COMPANY, FARMERS INSURANCE** : | |
| **GROUP d/b/a FARMERS INSURANCE** : | |
| **and AUDRA DYCKMAN** : | |
|       **Defendants.** : | |

# ORDER

**AND NOW,** this 5th day of October 2015, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

    1.    Plaintiff's Motion to Remand [Doc. No. 5] is **DENIED**.

    2.    Defendant's Motion to Dismiss [Doc. No. 3] is **GRANTED in part and DENIED in part**. The Motion to Dismiss Counts II and IV is **GRANTED**. The Motion to Dismiss Audra Dyckman as a Defendant is **GRANTED**. The Motion to Dismiss Farmers Insurance Group as a Defendant is **DENIED**.

    3.    Plaintiff is granted leave to file a motion for leave to file an Amended Complaint within **21 days** of the date of this Order. If Plaintiff chooses to file such a motion, it must include a proposed Amended Complaint as an exhibit.

    4.    If Plaintiff does not file a motion for leave to file an Amended Complaint, then Defendants Bristol West and Farmers Insurance Group shall answer the Complaint within **28 days** of the date of this Order.

    It is so **ORDERED.**

                                                BY THE COURT:

                                                **/s/Cynthia M. Rufe**

                                                _____
                                                **CYNTHIA M. RUFE, J.**